**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERICK CUEVAS and MAYLA CUEVAS,

    Plaintiffs,

                                        CASE NO.: 8:15-cv-1331-T-30EAJ

-vs-

OCWEN LOAN SERVICING, LLC,

    Defendant.

_____/

**ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER is before the Court upon the Parties' Stipulation of Dismissal with Prejudice (the "Stipulation") (Dkt. #30).  Having reviewed the Stipulation, and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** as follows:

1.    All claims asserted in the above-styled matter are **DISMISSED,** *with prejudice*.

2.    Each party shall bear its own costs and fees incurred in connection with this case.

3.    The Clerk shall **CLOSE** this case.  All pending motions, if any, are **DENIED** *as moot*.

4.    The Court shall retain jurisdiction over this matter for a period of one (1) year to enforce the terms of the parties' settlement.

**DONE and ORDERED** in Tampa, Florida, this 5th day of April, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel/Parties of Record

F:\Docs\2015\15-cv-1331 dismissal.docx